Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
dstruck@strucklove.com
rlove@strucklove.com

*Attorneys for Defendants City of Phoenix, Nelson, Steel, Majarucon, Burpee, Peyton, and Ortiz*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Edgar Parra-Cota,<br><br>                              Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>                              Defendants. | NO. CV-23-02305-PHX-SPL (MTM)<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Anne M. Orcutt of the law firm Struck Love Bojanowski & Acedo, PLC is appearing as counsel for Defendants City of Phoenix, Nelson, Steel, Majarucon, Burpee, Peyton, and Ortiz in this matter.  All communications should be directed to:

Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Phone:  (480) 420-1600
aorcutt@strucklove.com

| | |
|---|---|
| 1 | |
| 2 | DATED this 26th day of December, 2023. |
| 3 | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
| 4 | |
| 5 | By   /s/ Anne M. Orcutt |
| 6 | Daniel P. Struck<br>Rachel Love |
| 7 | Anne M. Orcutt<br>3100 West Ray Road, Suite 300 |
| 8 | Chandler, Arizona 85226 |
| 9 | *Attorneys for Defendants City of Phoenix, Nelson, Steel, Majarucon, Burpee, Peyton, and Ortiz* |